**Order entered June 14, 2021**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-20-00969-CV

### BRIGETTA D'OLIVIO A/K/A BRIGETTA ALIX ANDERSON, ALIX BRIGETTA, Appellant

### V.

### HILARY THOMPSON HUTSON, Appellee

**On Appeal from the 296th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 296-04855-2019**

## ORDER

We **REINSTATE** this appeal which we abated to allow the trial court an opportunity to conduct a hearing to resolve issues concerning the payment, accuracy, and completeness of the clerk's record. The hearing has been held, and the parties have entered into an agreement in lieu of written findings from the trial court. The agreement has been filed with the Court.

The parties agree as follows:

(1) the total cost for the clerk's record based on what has been requested is $1,014.00;

(2) appellant owes $439.00 for the supplemental clerk's record and will make that payment within forty-eight hours of 1:00 on June 9, 2021;

(3) the documents to be included in the supplemental clerk's record constitute 439 pages and include the following:

    i.      defendant's September 28, 2020 reply to plaintiff's response to motion for reconsideration, to set aside, and to dismiss, and accompanying certificate of service, filed October 1, 2020;

    ii.      defendant's October 2, 2020 supplemental reply to plaintiff's response to motion for reconsideration, to set aside, and to dismiss, and accompanying certificate of service, filed October 5, 2020;

    iii.      plaintiff's October 13, 2020 response to supplemental reply, filed October 9, 2020;

    iv.      defendant's October 13, 2020 reply to plaintiff's response to supplemental reply, and accompanying certificate of service, filed October 14, 2020;

    v.      plaintiff's request for designation of additional items for clerk's record filed January 5, 2021; and

    vi.      cover sheet, index, caption, cost bill and certification;

and,

(4) appellant withdrew her concerns/objections about the accuracy of the final order included in the record and agrees that it is an accurate reflection of the final order.

We note the trial court's online docket sheet reflects appellant tendered payment of $439.00 on June 11, 2021. Accordingly, based on the parties' agreement, we **ORDER** Collin County District Clerk Lynne Finley to file, no later than June 21, 2021, a supplemental clerk's record containing the above-listed items. We further **ORDER** appellant to file her brief on the merits within thirty days of the filing of the supplemental clerk's record.

We **DIRECT** the Clerk of the Court to send a copy of this order to Ms. Finley and the parties.

/s/    ROBERT D. BURNS, III
         CHIEF JUSTICE